COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jagdish Tummala, M.D., Everest Inpatient Physicians, PLLC, Shah &
                         Dichoso, PLLC, Pragnesh R. Shah, M.D., P.A., and Daryl D. Dichoso,
                         M.D., P.A. v. Total Inpatient Services, PA

Appellate case number:   01-14-00458-CV

Trial court case number: 2012-72321

Trial court:             270th District Court of Harris County

The parties to this appeal have filed a "Joint Motion to Adopt Briefing Schedule and Motion for Leave to Assert Cross Points in Appellee's Brief." We deny the motion.

The appellants' brief of Jagdish Tummala, M.D., Everest Inpatient Physicians, PLLC, Shah & Dichoso, PLLC, Pragnesh R. Shah, M.D., P.A., and Daryl D. Dichoso, M.D., P.A. is due to be filed with this Court within 30 days after the date of this order. *See* TEX. R. APP. P. 9.4(i)(1), (2)(B), 38.1.

The cross-appellant's brief of Total Inpatient Services, Inc. is due to be filed with this Court within 30 days after the date of this order. *See* TEX. R. APP. P. 9.4(i)(1), (2)(B), 38.1.

The cross-appellees' brief of Jagdish Tummala, M.D., Everest Inpatient Physicians, PLLC, Shah & Dichoso, PLLC, Pragnesh R. Shah, M.D., P.A., and Daryl D. Dichoso, M.D., P.A. is due to be filed within 30 days after the date that Total Inpatient Services, Inc.'s cross-appellant's brief is filed. *See* TEX. R. APP. P. 9.4(i)(1), (2)(B), 38.2, 38.6(b).

The appellee's brief of Total Inpatient Services is due to filed with this Court within 30 days after the date that Jagdish Tummala, M.D., Everest Inpatient Physicians, PLLC, Shah & Dichoso, PLLC, Pragnesh R. Shah, M.D., P.A., and Daryl D. Dichoso, M.D., P.A. appellants' brief is filed. *See* TEX. R. APP. P. 9.4(i)(1), (2)(B), 38.2, 38.6(b).

The reply brief, if any, of Jagdish Tummala, M.D., Everest Inpatient Physicians, PLLC, Shah & Dichoso, PLLC, Pragnesh R. Shah, M.D., P.A., and Daryl D. Dichoso, M.D., P.A. is due to be filed within 20 days after the date that Total Inpatient Services, Inc.'s appellee's brief is filed. *See* TEX. R. APP. P. 9.4(i)(1), (2)(C), 38.3, 38.6(c).

The reply brief, if any, of Total Inpatient Services is due within 20 days after Jagdish Tummala, M.D., Everest Inpatient Physicians, PLLC, Shah & Dichoso, PLLC, Pragnesh R. Shah, M.D., P.A., and Daryl D. Dichoso, M.D., P.A. cross-appellees' brief is filed. *See* TEX. R. APP. P. 9.4(i)(1),(2)(C), 38.3, 38.6(c).

It is so ORDERED.


Judge's signature:  /s/ Terry Jennings
                    ☒  Acting individually    ☐  Acting for the Court

Date:  August 7, 2014